**Marion J. GREGORY et al., Appellants,**

**v.**

**The STATE of Texas, Appellee.**

**No. 34647.**

Court of Criminal Appeals of Texas.

June 13, 1962.

No attorney for appellant of record on appeal.

G. Curtis Jackson, County Attorney, Crystal City, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is an appeal in a bail bond forfeiture case.

There is nothing in the record showing that a brief has been filed in this Court, as required by the Texas Rules of Civil Procedure, Art. 866, Vernon's Ann.C.C.P.

Failure to comply with the rules requiring the filing of briefs authorizes a dismissal of the appeal for the want of prosecution. Chase et al. v. State, 168 Tex.Cr.R. 398, 328 S.W.2d 295, and cases cited.

Accordingly, the appeal is dismissed.